UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY J. GARCIA,  *Plaintiff*,  vs.  CEVA FREIGHT, LLC, CEVA LOGISTICS U.S., INC., and KEN THOMAS,  *Defendants*. | No. 1:12-cv-01631-JMS-MJD |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter in favor of Defendants such that Plaintiff Jerry Garcia shall take nothing by way of his Complaint.

12/04/2013

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only</u>:**

Gregory W. Black
gwblack.blacklaw@sbcglobal.net

Fred L. Cline
FRED L. CLINE, ATTORNEY AT LAW
fred@fredclinelaw.com

Alvin Jackson Finklea, III
SCOPELITIS GARVIN LIGHT & HANSON
jfinklea@scopelitis.com

Ryan Wayne Wright
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
rwright@scopelitis.com