UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERRY J. GARCIA,<br>　　*Plaintiff*,<br>　　　*vs.*<br><br>CEVA FREIGHT, LLC, CEVA LOGISTICS U.S.,<br>INC., and KEN THOMAS,<br>　　*Defendants*. | )<br>)<br>)<br>) No. 1:12-cv-01631-JMS-MJD<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter in favor of Defendants such that Plaintiff Jerry Garcia shall take nothing by way of his Complaint.

12/04/2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jane Magnus-Stinson, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

　　Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only</u>:**

Gregory W. Black
gwblack.blacklaw@sbcglobal.net

Fred L. Cline
FRED L. CLINE, ATTORNEY AT LAW
fred@fredclinelaw.com

Alvin Jackson Finklea, III
SCOPELITIS GARVIN LIGHT & HANSON
jfinklea@scopelitis.com

Ryan Wayne Wright
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
rwright@scopelitis.com